**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 03-4056**

———————————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

TOM CHAN,

Defendant - Appellant.

———————————

**No. 03-4057**

———————————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

WILLIAM CHAN,

Defendant - Appellant.

———————————

Appeals from the United States District Court for the Middle District of North Carolina, at Durham. William L. Osteen, District Judge. (CR-01-290)

———————————

Submitted: August 26, 2003          Decided: October 24, 2003

———————————

Before NIEMEYER, MICHAEL, and TRAXLER, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

John A. Dusenbury, Jr., Assistant Federal Public Defender, Greensboro, North Carolina; Michael W. Patrick, Chapel Hill, North Carolina, for Appellants. Anna Mills Wagoner, United States Attorney, L. Patrick Auld, Assistant United States Attorney, Greensboro, North Carolina, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Tom Chan and William Chan appeal the district court's orders affirming their convictions and sentences. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See United States v. Chan, No. CR-01-290 (M.D.N.C. Dec. 27, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED